# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CALVIN S. SECREST,<br>   Petitioner,<br> vs.<br>M.C. KRAMER, Warden,<br>   Respondent. | Case No. CV 08-7950-RGK (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: _April 14, 2009

_____
R. GARY KLAUSNER
United States District Judge